CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

DEC - 3 2018

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Robin Strickler aka Robin Mullins, Robin Bailey<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:18mj178 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____10/24/2018_____ in the county of _____Washington_____ in the

____Western____ District of ____Virginia____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 401 | Contempt, namely, disobedience or resistance to the lawful writ, process, order, rule, decree, or command of the United States District Court for the Western District of Virginia |

This criminal complaint is based on these facts:

Please see attachment A.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Justin Masuhr, ATF
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/3/18__

_____
*Judge's signature*

City and state: _____Abingdon, Virginia_____

US Magistrate Pamela Meade Sargent
_____
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

## ATTACHMENT A:

RE:    Robin STRICKLER (Mullins) aka Robin Bailey, Robin Mullins
        DOB: \*\*/\*\*/1975
        SSN: \*\*\*-\*\*-3209

(1) I, Justin Masuhr, do hereby swear and depose the following:

(2) I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been since February 2008. I am a graduate of the Federal Law Enforcement Training Academy and the ATF National Academy located in Brunswick, GA. In my capacity as a Special Agent with the ATF, I am educated in Federal Criminal Law and I'm responsible for enforcing the same pursuant to the United States Constitution and Federal Criminal Code. The ATF is an agency of the Executive Branch of the United States government and is charged with prosecuting violations of federal law.

(3) On October 03, 2018, Robin STRICKLER (aka Robin Mullins) was served with a subpoena to appear before a federal grand jury meeting on October 23rd and 24th at the U.S. Court House in Abingdon, Virginia. Robin STRICKLER was served with this subpoena by the affiant at the U.S. Attorney's Office in Abingdon, Virginia. Present at the time was defense attorney Barry Proctor, DEA Special Agent Todd Brewer, DTF Agent Shannon Russell, and DTF Agent Gerald Ray.

(4) The grand jury met on both October 23 and October 24, 2018, as scheduled and Robin STRICKLER did not appear as required by the subpoena. Robin STRICKLER did not

contact the affiant, DEA TFO Parks, or the United States' Attorney's Office to request to be excused from her appearance or to explain her failing to appear pursuant to the subpoena served by the affiant.

(5) Based on the facts and information presented above, I believe there is probable cause to issue an arrest warrant for Robin STRICKLER charging her with contempt, namely, disobedience or resistance to the lawful writ, process, order, rule, decree, or command of the United States District Court for the Western District of Virginia, in violation of 18 U.S.C. § 401.

S.A. Justin Masuhr, ATF

SWORN AND SUBSCRIBED TO BEFORE ME

THIS __3rd__ DAY OF ~~NOVEMBER~~ *December*, 2018

Honorable Pamela Meade Sargent,
United States Magistrate Judge
Western District of Virginia

# UNITED STATES DISTRICT COURT
### for the

### Western District of Virginia

### SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To:   Robin Strickler

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: United States District Court<br>Federal Bldg., 180 West Main Street<br>Abingdon, Virginia 24210 | Date and Time:<br><br>October 23, 2018, 9:30 am |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Date:   _____10/04/2018_____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:

Zachary T. Lee
Assistant United States Attorney
180 West Main Street, Suite B19
Abingdon, VA  24210
276-628-4161

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* ___Robh Strickler___

was received by me on *(date)* ___10/3/18___ .

☑ I personally served the subpoena on the individual at *(place)* ___US Attorney's Office___
___Abingdon VA___          on *(date)* ___10/3/18___  ; or

☐ I left the subpoena at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the subpoena on *(name of individual)* _____, who is

designated by law to accept service of process in behalf of *(name of organization)* _____
_____          on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because _____ ; or

☐ Other *(specify):*

I declare under penalty of perjury that this information is true.

Date: ___10/01/18___

_____
*Server's signature*

___Justin Mason   ATF S/A___
*Printed name and title*

___1913 Lee Hwy Ste 2A Bristol, VA___
*Server's address*

Additional information regarding attempted service, etc: