# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:18mj178 |
| Robin Strickler aka Robin Mullins or Robin Bailey | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Robin Strickler                                                                             ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Contempt, namely, disobedience or resistance to the lawful writ, process, order, rule, decree, or command of the United States District Court for the Western District of Virginia, in violation of 18 U.S.C. 401

Date: 12/3/18

*Issuing officer's signature*
Pamela Meade Sargent

City and state: Abingdon, Virginia

Honorable Pamela Meade Sargent, USMJ
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| Arresting officer's signature |
| Printed name and title |