# APPEARANCE SHEET
## FOR THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

UNITED STATES OF AMERICA

CASE NO.: 1:18MJ178

v.

DATE: 12/4/18

ROBIN STRICKLER

TYPE OF HEARING: INITIAL APPEARANCE

*************************************************************************

PARTIES:

1. Pamela Meade Sargent, USMJ
2. Randy Ramseyer
3. Brian Beck
4. Robin Strickler-Mullins
5. Matthew Neese
6.
7.
8.
9.
10.

*************************************************************************

Recorded by: ELLA SURBER

Time in Court: 2:16 - 2:25

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 2:16 | 1,4 | | | | | | | | |
| ↓ | | | | | | | | | |
| | 3 | | | | | | | | |
| | 1,4 | | | | | | | | |
| 2:20 | 2,1 | | | | | | | | |
| | 1,4 | | | | | | | | |
| ↓ | | | | | | | | | |
| | 5 | | | | | | | | |
| 2:22 | 1,4 | | | | | | | | |
| ↓ | | | | | | | | | |