CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JAN - 4 2019

JULIA C. DUDLEY, CLERK
BY: /s/
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs. : | Case No. 1:19CR1 |
| : | |
| ROBIN STRICKLER : | Violations: 18 U.S.C. § 401(3) |
| a/k/a ROBIN MULLINS : | |
| a/k/a ROBIN BAILEY : | |

## INFORMATION

### COUNT ONE
*(Petty Offense)*

The United States Attorney charges that:

1. On or about October 24, 2018, in the Western District of Virginia and elsewhere, ROBIN STRICKLER a/k/a ROBIN MULLINS a/k/a ROBIN BAILEY knowingly disobeyed and resisted a lawful writ, process, order, rule, decree, or command of the United States District Court for the Western District of Virginia.

2. On or about October 24, 2018, ROBIN STRICKLER a/k/a ROBIN MULLINS a/k/a ROBIN BAILEY failed to appear to testify before a federal grand jury of the United States District Court of the Western District of Virginia, as required to do so, after having been properly served with a valid subpoena requiring her presence.

3. All in violation of Title 18, United States Code, Section 401(3).

This 4th day of January 2019.